

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0715

STATE OF MONTANA,

Plaintiff and Appellee,

v.

WOLFGANG ALEXANDER LUCAS
VASQUEZ,

Defendant and Appellant.

FILED

JAN 15 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 10, 11, and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on January 15, 2021, this Court has determined that the brief does not comply with the below-referenced Rule.

M. R. App. P. 10(2) requires that all briefs in criminal cases appealed by the defendant shall be served on both the County Attorney and the Attorney General. The certificate of service attached to the Appellant's Brief does not indicate that it was served upon the Attorney General.

Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order the Appellant shall serve Appellant's Opening Brief on the Attorney General and submit a certificate of service with the Clerk's office; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the certificate of service with the Clerk's office.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 15th day of January, 2021.

For the Court,

By_____

Justice